```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 24771
   JOSE N GARCIA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0579

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/01/2004 and was confirmed 09/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 01/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
CITIFINANCIAL              SECURED          10000.00          .00      10000.00
FAIRBANKS CAPITOL          CURRENT MORTG        .00           .00           .00
FAIRBANKS CAPITOL          MORTGAGE ARRE        .00           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        38955.25           .00      38955.25
THOMAS HITCHCOCK & ASSOC   PRIORITY        NOT FILED          .00           .00
AEROTEK                    NOTICE ONLY     NOT FILED          .00           .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED         3207.71          .00        320.77
ILLINOIS DEPT OF REVENUE   NOTICE ONLY     NOT FILED          .00           .00
OVERLAND BOND & INVESTME   NOTICE ONLY     NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   SECURED NOT I        .00           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         1191.51          .00        119.15
ARNOLD SCOTT HARRIS        SECURED NOT I        .00           .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY          250.20           .00        250.20
ILLINOIS DEPT OF REVENUE   UNSECURED         111.88           .00         11.19
THOMAS R HITCHCOCK         REIMBURSEMENT     228.50           .00        228.50
OVERLAND BOND & INVESTME   FILED LATE           .00           .00           .00
KENNETH SHAW               SECURED         12000.00           .00      12000.00
THOMAS R HITCHCOCK         DEBTOR ATTY      3,170.00                    3,170.00
TOM VAUGHN                 TRUSTEE                                      4,015.22
DEBTOR REFUND              REFUND                                      37,155.14

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            106,225.42

PRIORITY                                   39,433.95
SECURED                                    22,000.00
UNSECURED                                     451.11

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24771 JOSE N GARCIA
```

```
ADMINISTRATIVE                                                  3,170.00
TRUSTEE COMPENSATION                                            4,015.22
DEBTOR REFUND                                                  37,155.14
                                        ---------------   ---------------
TOTALS                                       106,225.42        106,225.42
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE